Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

**No. 63102.**—Stern & Stern Textiles, Inc. *v.* United States, protests 58/5980, 58/7450, and 58/6044 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of point d'esprit net the same in all material respects as that the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 27, 1959

**No. 63103.**—C. J. Tower & Sons *v.* United States, protest 321719-K (Buffalo).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of glued stock pine lumber of a length, width, and thickness which is recognized in the trade as lumber, if of 1-piece material. Applying the principle of the decision in *B. A. McKenzie & Co., Inc.* v. *United States* (39 Cust. Ct. 52, C.D. 1903) to the stipulated facts, the claim of the plaintiff was sustained.

**No. 63104.**—C. J. Tower & Sons and C. J. Tower & Sons of Niagara, Inc. *v.* United States, protests 321720-K and 321721-K (Buffalo).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of glued stock pine lumber of a length, width, and thickness which is recognized in the trade as lumber, if of 1-piece material. Applying the principle of the decision in *B. A. McKenzie & Co., Inc.* v. *United States* (39 Cust. Ct. 52, C.D. 1903) to the stipulated facts, the claim of the plaintiffs was sustained.